**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| MAESTRO TEQUILERO, S.A. de C.V., Plaintiff, - against - GILDARDO PARTIDA HERMOSILLO, Defendant. | : | Civil Action No. 26-cv-6180-GHW-GS<br><br>**ORDER FOR SPECIAL APPOINTMENT OF PROCESS SERVERS TO TRANSMIT PLEADINGS ABROAD FOR SERVICE** |

This matter having come before the Court on an application made by Plaintiff Maestro Tequilero, S.A. de C.V. ("Maestro"), by and through their attorneys, McCarter & English, LLP, for an order appointing international process servers pursuant to Chapter I, Article 3 of the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, Nov. 15, 1965 ("Hague Service Convention"), and the Court having considered the moving and opposition papers, if any, and good cause otherwise appearing:

**IT IS** on this _______ day of __________________, 2026

**ORDERED** that MAGALY COBIAN and agents of Ancillary Legal Corporation, and MARIA TERESA ELJURE of the law offices of Eljure Legal, with offices at López Cotilla 1020, del Valle Centro, 03100, Ciudad de México, México, are specially appointed, authorized, and directed to prepare and deliver the treaty transmittal documents necessary to accompany the First Amended Complaint, Amended Summons, and other necessary documents and the translations of these documents for service on defendant Gildardo Partida Hermosillo, in Mexico to the appropriate Central Authority pursuant to the Hague Service Convention (*The Convention on the*

*Service Abroad of Judicial and Extra Judicial Documents in Civil or Commercial Matters, 20 UST 362*); and it is

IT IS SO ORDERED this 25 day of November, 2026.

Gary Stein

HON. GARY STEIN, U.S.M.J.